

Michael R. Miller, Esquire
Direct Dial: 215-931-5808
mmiller@margolisedelstein.com

ATTORNEYS AT LAW
www.margolisedelstein.com

Meghan Sandora, Esquire
Direct Dial: 215-931-5828
msandora@margolisedelstein.com

PHILADELPHIA OFFICE:*
The Curtis Center
170 S. Independence Mall W.
Suite 400E
Philadelphia, PA 19106-3337
215-922-1100
Fax: 215-922-1772

HARRISBURG OFFICE:*
3510 Trindle Road
Camp Hill, PA 17011
717-975-8114

PITTSBURGH OFFICE:
535 Smithfield Street
Suite 1100
Pittsburgh, PA 15222
412-281-4256

WESTERN PA OFFICE:
983 Third Street
Beaver, PA 15009
724-774-6000

SCRANTON OFFICE:
220 Penn Avenue
Suite 305
Scranton, PA 18503
570-342-4231

CENTRAL PA OFFICE:
P.O. Box 628
Hollidaysburg, PA 16648
814-695-5064

SOUTH NEW JERSEY OFFICE:
100 Century Parkway, Suite 200
P.O. Box 5084
Mt. Laurel, NJ 08054
856-727-6000

NORTH NEW JERSEY OFFICE:
Connell Corporate Center
400 Connell Drive
Suite 5400
Berkeley Heights, NJ 07922
908-790-1401

DELAWARE OFFICE:
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
302-888-1112

*Member of the Harmonie Group

File No. 49600.0-01149

June 4, 2019

***Via Electronic Filing***
The Honorable Joel Schneider
United States Magistrate Judge for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    **Re:**    **Brittany Andrews v. Behavioral Crossroads, LLC**
            **Case No. 1:18-cv-17455-RMB-JS**

Dear Judge Schneider,

    We represent the Defendant, Behavioral Crossroads LLC in the above-referenced matter. This letter is in response to the June 4, 2019 text order submitted by Your Honor. As of yesterday, June 3, 2019, the settlement checks were sent to Plaintiff's counsel via overnight mail. Please see attached email confirmation.

    We were unable to send the settlement payment prior to June 3, 2019 because it took longer than expected for each of the checks to clear, as well as for our firm to process the settlement check in the full amount. This delay was due in part to miscalculating the time it would take for the payments received from the carrier and client to clear because of the Memorial Day holiday. We apologize for the delay in this matter, and anticipate the Stipulation of Dismissal with prejudice to be filed by Plaintiff's counsel once he receives the settlement payment today.

    Thank you for Your Honor's attention and consideration.

                                  Respectfully Submitted,

                                  MEGHAN SANDORA, ESQUIRE

cc:    *via ECF*
       Colin Bell, Esquire



ATTORNEYS AT LAW
www.margolisedelstein.com

**PHILADELPHIA OFFICE:***
The Curtis Center
170 S. Independence Mall W.
Suite 400E
Philadelphia, PA 19106-3337
215-922-1100
Fax: 922-1772

HARRISBURG OFFICE:*
3510 Trindle Road
Camp Hill, PA 17011
717-975-8114

PITTSBURGH OFFICE:
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
412-281-4256

WESTERN PA OFFICE:
983 Third Street
Beaver, PA 15009
724-774-6000

SCRANTON OFFICE:
220 Penn Avenue
Suite 305
Scranton, PA 18503
570-342-4231

CENTRAL PA OFFICE:
P.O. Box 628
Hollidaysburg, PA 16648
814-695-5064

SOUTH NEW JERSEY OFFICE:
100 Century Parkway, suite 200
P.O. Box 5084.
Mt. Laurel, NJ 08054
856-727-6000

NORTH NEW JERSEY OFFICE:
Connell Corporate Center
400 Connell Drive
Suite 5400
Berkeley Heights, NJ 07922
908-790-1401

DELAWARE OFFICE:
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
302-888-1112

*Member of the Harmonie Group

Michael R. Miller, Esquire
Direct Dial: 215-931-5808
mmiller@margolisedelstein.com

Meghan Sandora, Esquire
Direct Dial: 215-931-5828
msandora@margolisedelstein.com

File No. 49600.0-01149

June 3, 2019

**Via Email and UPS Overnight Mail**
Colin G. Bell, Esquire
Hankin Sandman Palladino Weintrob & Bell
30 S. New York Avenue
Atlantic City, NJ 08401

    **Re:**     **Brittany Andrews v. Behavioral Crossroads, LLC**
              **U.S. District Court for the District of New Jersey**
              **Docket No.: 1:18-cv-17455**

Dear Mr. Bell:

    Enclosed please find the settlement checks on behalf of Defendant, Behavioral Crossroads, LLC in reference to the above-captioned matter, along with a copy of the signed release.

    I request that you kindly sign and file the Stipulation of Dismissal with Prejudice which is also provided.

                                        Sincerely yours,

                                        Michael R. Miller, Esquire
                                        Meghan Sandora, Esquire

Enclosures