IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRITTANY ANDEWS,<br><br>Plaintiff,<br><br>v.<br><br>BEHAVIORAL CROSSROADS, LLC<br><br>Defendants. | DOCKET NO. 1:18-CV-17455-RMB-JS |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and AGREED that the above-entitled action having been amicably adjusted by and between the parties, is hereby dismissed with prejudice, dismissing all claims without costs as to defendant, Behavioral Crossroads, LLC.

| MARGOLIS EDELSTEIN | HANKIN SANDMAN PALLADINO WEINTROB & BELL |
|---|---|
| By: *[signature: Michael Miller]* | By: *[signature]* |
| 170 S. Independence Mall West, 400E<br>Philadelphia, PA 19106<br>Attorney for Defendant | 30 South New York Avenue<br>Atlantic City, NJ 08401<br>Attorney for Plaintiff |
| Dated: May 23, 2019 | Dated: May 23, 2019 |

By the Court:

_____ J.

1